**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **EMILY (LAPERCH) HADAWAY,** | ) | |
| | ) | |
| ***Plaintiff,*** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:26-CV-00427** |
| | ) | |
| **KATOM RESTAURANT SUPPLY, INC.,** | ) | |
| | ) | |
| ***Defendant.*** | ) | |

---

## NOTICE OF APPEARANCE

---

The law firm of Egerton, McAfee, Armistead & Davis, P.C., by and through the undersigned counsel, Allison S. Jackson, Esq. and Davis M. Capps, Esq., hereby enters the appearance of Egerton, McAfee, Armistead & Davis, P.C. on behalf of the Defendant, KaTom Restaurant Supply, Inc., and respectfully requests that all pleadings, correspondence, and notices concerning this cause be mailed to Allison S. Jackson, Esq. and Davis M. Capps, Esq. at the address set forth hereinbelow.

RESPECTFULLY SUBMITTED this 25th day of September, 2026.

By: */s/ Davis M. Capps*
**ALLISON S. JACKSON, ESQ., BPR # 029230**
**DAVIS M. CAPPS, ESQ., BPR # 042478**
EGERTON, McAFEE, ARMISTEAD
& DAVIS, P.C.
900 S. Gay Street, Suite 1400
Knoxville, TN 37902
(865) 546-0500 (phone)
(865) 525-5293 (fax)
ajackson@emlaw.com
dcapps@emlaw.com
*Counsel for KaTom Restaurant Supply, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ Davis M. Capps, Esq.____________________