UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

EMILY (LAPERCH) HADAWAY,

*Plaintiff*,

Case No. 3:26-cv-00427

v.

KATOM RESTAURANT SUPPLY, INC.,

*Defendant.*

**DISCLOSURE STATEMENT**

I, the undersigned, counsel of record for KaTom Restaurant Supply, Inc.,

certify to the best of my knowledge and belief:

☒ My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4*.

☐ My client has the following parent corporation(s):

☐ The following publicly held corporation(s) own 10% or more of my client's stock:

/s/Davis M. Capps
(Signature of Counsel)

September 25, 2026
(Date)