IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| EMILY LAPERCH HADAWAY,<br><br>Plaintiff,<br><br>v.<br><br>KATOM RESTAURANT SUPPLY, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 3:26-CV-427-JEM |

**O R D E R**

The Court hereby **ORDERS** the parties to appear for a telephonic scheduling conference on **November 30, 2026, at 11:00 a.m. EST.** Dial-in instructions will be sent by e-mail in advance of the conference.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge