UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **LONGHORN EXCAVATING, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:26-cv-00285-CEA-DCP** |
| | ) | |
| **AMERICON, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**NOTICE OF SERVICE OF DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES**

---

**COMES NOW** the Defendant, Americon, Inc., and hereby gives notice that its Rule 26(a)(1) Initial Disclosures were served upon Longhorn Excavating, LLC, through its legal counsel via e-mail on July 27, 2026.

RESPECTFULLY SUBMITTED this 27th day of July, 2026.


*/s/Davis M. Capps*
Allison S. Jackson, Esq. (BPR No. 029230)
Davis M. Capps, Esq. (BPR No. 042478)
**EGERTON, McAFEE, ARMISTEAD & DAVIS P.C.**
900 S. Gay Street, 14th Floor
Knoxville, TN 37902
Phone: (865) 546-0500
Facsimile (865) 525-5293
*AJackson@emlaw.com*
*DCapps@emlaw.com*
***Counsel for Defendant Americon, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 27th day of July, 2026, a copy of the foregoing Notice of Service of Defendant's Rule 26(a)(1) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/Davis M. Capps*
EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.
900 S. Gay Street, 14th Floor
Knoxville, TN 37902
(865) 546-0500
*DCapps@emlaw.com*